UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

| | | |
|---|---|---|
| DR. ELLIOT MCGUCKEN, | : | 26-cv-7267 (SHS) |
| Plaintiff, | : | ORDER |
| -v- | : | |
| OPTIMISM MEDIA, LLC, a Delaware limited liability company, SHUTTERSTOCK, INC., a Delaware corporation, and DOES 1-10, | : | |
| Defendants. | : | |

----------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

The initial pretrial conference having been held today, with counsel for all parties present,

IT IS HEREBY ORDERED that:

1. Defendants' partial motion to dismiss the complaint or, in the alternative, to stay the action [Doc. No. 19] is dismissed as moot;

2. The last day for defendants to file any motion to dismiss the amended complaint is January 18, 2027;

3. The response to the motion is due on or before February 1, 2027; and

4. The reply is due on or before February 8, 2027.

Dated: New York, New York
November 24, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.